# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2020

## NO. 03-19-00502-CV

**Appellants Edward Roels, Bruce Barshop, Julie Mak, and Jim Pabst// Cross-Appellants, Lee Valkenaar, Jack Long, Roxann Chargois, Jarred Maxwell and Aqushen, LLC**

**v.**

**Appellees, Lee Valkenaar, Jarred Maxwell, Roxann Chargois, Jack Long, and Aqushen, LLC// Cross-Appellees, Edward Roels, Bruce Barshop, Julie Mak, and Jim Pabst**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellants' TCPA motions to dismiss signed by the trial court on July 29, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order denying Julie Mak's, Bruce Barshop's, and Jim Pabst's motions; renders judgment dismissing appellees' claims against those appellants; and remands this cause for a determination of attorney's fees to which those appellants are entitled under the TCPA. The Court further reverses the trial court's order denying Edward Roels's motion solely as to appellees' claims against him for allegedly engaging in interested-director transactions, and renders judgment

dismissing those claims. The Court affirms the trial court's order in all other regards. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.